UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD SEPULVEDA,<br><br>             Plaintiff,<br><br>     v.<br><br>NORTH AMERICA PROPERTY INVESTMENTS, LLC,<br><br>             Defendant. | Case No. 20-cv-07116-AGT<br><br>**CONDITIONAL DISMISSAL ORDER** |

The plaintiff has notified the Court that the parties have reached a settlement and that they expect to file a joint stipulation for dismissal within approximately thirty days. Given that notice, the Court conditionally dismisses the case without prejudice. If the parties notify the Court on or before January 5, 2022, that their settlement wasn't finalized as expected, the Court will either amend this order or will vacate this order and schedule a case management conference. If the parties don't file such a notice by January 5, 2022, the action will be dismissed with prejudice. All currently set dates, and the recent order to show cause (Dkt. 36), are vacated.

**IT IS SO ORDERED.**

Dated: November 23, 2021

ALEX G. TSE
United States Magistrate Judge