GERARD LAM  Bar# 77093
373 – 9th Street Suite 506
Oakland, Calif 94607
Phone | (510) 465-6685
Email: gl.ttmnlm@yahoo.com

Attorney specially appearing for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| RICHARD SEPULVEDA, | Case No.: 20-CIV-7116 AKT |
|---|---|
| Plaintiff, | |
| vs. | DEFANDANTS' RESPONSE TO OSC |
| NORTH AMERICAN PROPERTY INVESTMENT LLC, | |
| Defendant | |

Defendant North American Property Investment LLC through its Manager Mann Lee responds to the Court's Order to Show Cause as follows:

1. Defendant North American Property Investment LLC was represented by attorney Rochelle Golden from the beginning of this ADA lawsuit.

2. Recently Attorney Golden filed a motion to withdraw from representation of defendant on ground that attorney fees disputes between attorney and client resulted in irreparable breakdown of the attorney-client relationship.

3. On October 16, 2021 this court granted attorney Golden's motion to withdraw as counsel for defendant, and ordered defendant to find a new lawyer. It was further ordered that defendant's new lawyer filed a Notice of Appearance in this case by November 15, 2021.

DEFENDANTS' RESPONSE TO OSC - 1

4. Defendant contacted several attorneys but none of them expressed interest in taking over this case once they learned that defendant's prior counsel withdrew from this case due to fee disputes. Some suggested direct settlement negotiation between parties to resolve this case.

5. Previously defendant's lawyer Golden expressed confidence in winning this case early in the case. Defendant relied on her opinion and agreed to continue the litigation for close to one year. Lately however she has been not sure how this case will end.

6. Defendant thus decided to ask an attorney solely to explore private settlement of this case instead of taking over this case for further uncertain litigation. Through the effort of Mr. Gerard Lam. Esq. defendant was able to settle this case on terms acceptable to all concerned. Plaintiff's counsel agreed to file a Status Report with this court confirming Settlement of this case.

7. Defendant prays that this court finds that defendant was excused from complying with the court's prior order as defendant was not able to locate a new attorney within the time frame allowed despite defendant's due diligence in trying, and that the pending OSC be recalled.

Date: Nonember 24, 2021

/s/ MANN LEE
NORTH AMERICAN PROPERTY LLC
By: MANN LEE, Manager

DEFANDANTS' RESPONSE TO OSC - 2